# NOTICE OF OBJECTION TO CONFIRMATION

MTGLQ INVESTORS, L.P. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:
**Clerk
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054

ALBERT RUSSO, TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

2. Attend the hearing scheduled to be held on 05/22/2018 in the TRENTON Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: May 4, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 806806**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
MTGLQ INVESTORS, L.P.

| | |
|---|---|
| In Re:<br><br>　　MARIYA ZAUROVA<br><br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 18-15173 - MBK<br><br>Hearing Date: 05/22/2018 |

　　The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, MTGLQ INVESTORS, L.P., the holder of a Mortgage on debtor's residence located at 25 PAUL AVENUE, EATONTOWN, NJ 07724 hereby objects to the Confirmation of the debtor's proposed Chapter 13 Plan on the following grounds:

1.　　Secured Creditor is MTGLQ INVESTORS, L.P.

2.　　Debtor, MARIYA ZAUROVA is the owner of the property located at 25 PAUL AVENUE, EATONTOWN, NJ 07724.

3.　　On April 25, 2018, Secured Creditor filed a Proof of Claim listing pre-petition arrears in the amount of $195,179.79.

4.　　Debtor's Plan does not provide for payment of arrears to Secured Creditor. Debtor's Plan provides for the Debtor's pursuit of a loan modification. Debtor's Plan is speculative in nature in that the Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.

5.　　Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5). Secured Creditor objects to Debtor's Plan as it is underfunded.

6.    Debtor's Plan should be amended to fully fund the arrears owed to Secured Creditor. Absent a modification by the Debtor, confirmation of Debtor's proposed Plan should be denied.

WHEREFORE, MTGLQ INVESTORS, L.P. respectfully requests that the Confirmation of Debtor's Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: May 4, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

806806
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for MTGLQ INVESTORS, L.P.

In Re:

MARIYA ZAUROVA

Case No: 18-15173 - MBK

Hearing Date: 05/22/2018

Judge: MICHAEL B KAPLAN

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Shannon N. Ettl:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents MTGLQ INVESTORS, L.P. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 4, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  May 4, 2018                           /s/  *Shannon N. Ettl*
                                                   Shannon N. Ettl

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MARIYA ZAUROVA<br>25 PAUL AVENUE<br>EATONTOWN, NJ 07724 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| YAKOV RUDIKH, ESQUIRE<br>223 RT. 18 SOUTH<br>SUITE 108<br>E. BRUNSWICK, NJ 08816 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ALBERT RUSSO, TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2