| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | Order Filed on June 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mariya Zaurova<br><br>Debtor(s) | Case No.:   18-15173<br>Chapter     13<br>Chief Judge Michael B. Kaplan |

**ORDER AUTHORIZING TRUSTEE TO PAY POST-PETITION FEE NOTICE**

The order set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | SN Servicing Corporation |
| Secured Creditor's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Yakov Rudikh |
| Property (Collateral): | 25 Paul Avenue, Eatontown, NJ 07724 |

WHEREAS, a Proof of Claim with respect to the Collateral was filed on April 25, 2018 (Claim #2).

WHEREAS, an order was entered on October 18, 2018, confirming the Debtor's Chapter 13 Plan (Claim #21).

WHEREAS, a Transfer of Claim to Secured Creditor was filed on April 5, 2019 (Docket #28).

WHEREAS, Secured Creditor filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on April 5, 2019 and April 3, 2020.

For good cause shown, it is **ORDERED** that subject to the following conditions:

- The Standing Chapter 13 Trustee is authorized to pay the $3,406.04 in the Notice of Post-Petition Mortgage Fees, Expenses, and Charges, filed on April 5, 2019, through the Debtor's Chapter 13 Plan.
- The Standing Chapter 13 Trustee is authorized to pay the $286.78 in the Notice of Post-Petition Mortgage Fees, Expenses, and Charges, filed on April 3, 2020, through the Debtor's Chapter 13 Plan.
- The $3,692.82 is to be paid as a post-petition secured claim.